UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARIBBEAN MEDICAL BROKERS, INC.
d/b/a SPECIALTY MEDICAL SUPPLIES,

    Plaintiff,

v.                                CASE NO: 8:05-cv-195-T-23EAJ

HYNES, INC.,

    Defendant.

_____/

**ORDER**

The parties provide notice (Doc. 11) that this matter is settled.  Accordingly, pursuant to Local Rule 3.08(b), this case is **DISMISSED WITHOUT PREJUDICE** to the right of any party, within sixty (60) days from the date of this order, (1) to submit a stipulated form of final order or judgment or (2) to reopen the action upon a showing of good cause.  The Court declines to retain jurisdiction to enforce the parties' independently negotiated settlement agreement.  See Kokkonen v. Guardian Life Ins. of Am., 511 U.S. 375 (1994).  The Clerk is directed to (1) terminate all pending motions and (2) close the file.

ORDERED in Tampa, Florida, on May 16, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    Courtroom Deputy